UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MORLYNE YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:12CV01180AGF |
| | ) | |
| LVNV FUNDING LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For good cause shown,

**IT IS HEREBY ORDERED** that Defendant's Motion for Extension of Time [Doc. No. 19] to file a response to Plaintiff's Pro Se Motion for Judgment for Failure to Comply with Mandatory F.R. Civ. P. 7.1 and Local Rule 2.09 [Doc. No. 17] is **GRANTED.** Defendants shall have up to and including **October 3, 2012** to file a response.

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 14th day of September, 2012.