## United States District Court

Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

James G. Woodward                                                                                                          314-244-7900
 Clerk of Court

January 22, 2013

Morlyne Young
P.O. Box 26213
St. Louis, MO  63136

RE:              Young v. LVNV Funding, LLC
Case #         4:12CV1180 AGF

Dear Ms. Young:

In accordance with the directive of the Honorable Judge Fleissig, the enclosed document(s) are being returned because of the following:

• The enclosed Discovery and Disclosure material(s) and the certificates of their service is being returned pursuant to Local Rule 3.02.


Sincerely,
JAMES G. WOODWARD, CLERK



By:     /s/ K. Murdock
          kmurdock
          Deputy Clerk

Enclosure(s)