RECEIVED

MAR 2 6 2013

U. S. DISTRICT COURT
DIST. OF MO.
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MORLYNE YOUNG,                    )
                                  )
        Plaintiff,                )
                                  )
    vs.                           )     Case No. 4:12-CV-01180-AGF
                                  )
                                  )
LVNV FUNDING LLC,                 )
                                  )
        Defendants.               )

## MOTION FOR THE ASSIGNMENT OF A NEUTRAL

Comes Now, the Plaintiff for his Motion For An Assignment of Neutral to this Court
as follows:

1. Pursuant to Fed. R. Civ. P. Rule 16, and Ed. MO. 6.03 C (2). Plaintiff is requesting
   the Court to appoint a neutral to serve pro bono for the Plaintiff.

2. Plaintiff has inability to pay any part of the fee for Alternative Dispute Resolution.

WHEREFORE Plaintiff prays this Court for an Order that will pay Neutral by the Clerk
from the Attorney Admission Fee Non-Appropriated Fund.

Respectfully submitted,

Morlyne Young Pro-Se
P.O. Box 26213
St. Louis, MO 63136
314.869.0799

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing documents was served on Defendant via certified mail,

this 25th day of March 2013 as follows:

Spencer Fane Britt & Browne LLP                    by _____
                                                              Morlyne Young
Patrick T. McLaughlin, #48633MO
1 North Brentwood Blvd., Suite 1000
St. Louis, MO  63105