IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MORLYNE YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12-CV-01180-AGF |
| ) | |
| LVNV FUNDING LLC, ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT OF JOSHUA C. DICKINSON**
**IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

STATE OF NEBRASKA        )
                         ) ss.
COUNTY OF DOUGLAS        )

Joshua C. Dickinson, being first duly sworn upon oath, deposes and states as follows:

1. I am an attorney duly authorized to practice law before the Court and a member of the law firm of Spencer Fane Britt & Browne LLP, legal counsel for Plaintiff LVNV Funding, LLC ("Defendant") in this case.

2. On February 15, 2013, Defendant made an offer of judgment pursuant to Federal Rule of Civil Procedure 68. Defendant offered Plaintiff Morlyne Young a monetary judgment in the sum of $2,000 plus Plaintiff's reasonable costs incurred in this action.

3. A true and accurate copy of the February 15, 2013 offer of judgment is attached hereto as Exhibit 1.

4. Plaintiff never accepted the February 15, 2013 offer of judgment.

OM 208067.1

**EXHIBIT L**

Further Affiant Sayeth Not.

                                              Joshua C. Dickinson

SUBSCRIBED AND SWORN to before me this ____ day of June, 2013, by Joshua C. Dickinson.

                                              Notary Public
My Commission Expires: _____

OM 208067.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MORLYNE YOUNG, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:12-CV-01180-AGF |
| LVNV FUNDING LLC, | ) ) ) |
| Defendant. | ) ) |

**RULE 68 OFFER OF JUDGMENT**

Defendant, LVNV Funding LLC ("Defendant"), by and through counsel, hereby serves a Rule 68 Offer of Judgment on Plaintiff and states as follows:

Defendant will allow judgment to be entered in favor of Plaintiff, Morlyne Young, under the following terms: monetary judgment in the amount of $2,000, plus Plaintiff's reasonable costs incurred herein.

The provisions for acceptance of this offer and/or the circumstances under which it is deemed rejected are set forth in Rule 68 of the Federal Rules of Civil Procedure.

Dated this 15th day of February, 2013.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

By: /s/ Joshua C. Dickinson
Joshua C. Dickinson, #51446MO
12925 West Dodge Road, Suite 107
Omaha, NE 68154
Telephone: (402) 965-8600
Facsimile: (402) 965-8601
E-mail: jdickinson@spencerfane.com

OM 220328.1

Exhibit 1

Patrick T. McLaughlin, #48633MO
1 North Brentwood Blvd., Suite 1000
St. Louis, MO  63105
(314) 863-7733  (telephone)
(314) 862-4656  (facsimile)
pmclaughlin@spencerfane.com

*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on Plaintiff via certified mail, return receipt requested, this 15th day of February, 2013, addressed as follows:

Morlyne Young
P.O. Box 26213
St. Louis, MO 63136-0213

/s/ Joshua C. Dickinson

OM 220328.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MORLYNE YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12-CV-01180-AGF |
| ) | |
| LVNV FUNDING LLC, ) | |
| ) | |
| Defendant. ) | |

## VERIFICATION OF SIGNED ORIGINAL DOCUMENT

Pursuant to Local Rule 11-2.11, Joshua C. Dickinson hereby attests to the existence of a paper copy of the Affidavit of Joshua C. Dickinson bearing the original signature of Joshua C. Dickinson.  The document was filed electronically on June 18, 2013, with a blank signature line. Counsel will retain the paper copy bearing the original signature during the pendency of the litigation including all possible appeals.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

By: /s/ Joshua C. Dickinson
Joshua C. Dickinson, #51446MO
12925 West Dodge Road, Suite 107
Omaha, NE 68154
Telephone: (402) 965-8600
Facsimile: (402) 965-8601
E-mail: jdickinson@spencerfane.com

Patrick T. McLaughlin, #48633MO
1 North Brentwood Blvd., Suite 1000
St. Louis, MO  63105
Telephone:  (314) 863-7733
Facsimile:  (314) 862-4656
E-mail: pmclaughlin@spencerfane.com

*Attorneys for Defendant*

OM 229682.1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri, Eastern Division, this 18th day of June, 2013, with notice of case activity generated and sent to Plaintiff, via United States first class mail, postage prepaid, and via e-mail transmission, addressed as follows:

Morlyne Young
P.O. Box 26213
St. Louis, MO 63136-0213
youmarl@aol.com

/s/ Joshua C. Dickinson
Attorney for Defendant

OM 229682.1