

RECEIVED
AUG - 5 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MORLYNE YOUNG | § |
| Plaintiff | § |
| v. | §  4: 12-cv-01180-AGF |
| LVNV FUNDING LLC | § |
| Defendant | § |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

NOW COMES, Plaintiff Morlyne Young, for its Motion For Summary Judgment pursuant to F.R.C.P. Rule 56, and to grant Plaintiff's Motion For Summary Judgment for all reasons set forth in Plaintiff's Memorandum in Support of Summary Judgment.

WHEREFORE the Plaintiff moves the this Honorable Court for an Order for Judgment in favor of the Plaintiff, and any other remedy the Court deems proper.

Respectfully submitted

*Morlyne Young*
Morlyne Young Pro-Se
P.O. Box 26215
St. Louis, MO 63136
314.869.0799

## CERTIFICATION OF SERVICE

The undersigned certifies that true and correct copy of the foregoing was served this

5th day of August 2013

✓ by U.S. Mail Service

*Morlyne Young*
Morlyne Young

Spencer Fane Britt & Browne LLP
Joshua C. Dickerson
1 North Brentwood BL, Ste. 1000
St. Louis, MO 63105