UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MORLYNE YOUNG, | ) |
|     Plaintiff, | ) |
| vs. | ) Case No.   4:12CV01180 AGF |
| LVNV FUNDING LLC, | ) |
|     Defendant, | ) |

## ORDER

The parties are advised that the Court shall conduct the voir dire at trial. The parties may submit proposed voir dire question on or before Wednesday, January 8, 2014, which the Court may, but does not commit to use at trial.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 31st day of December, 2013