IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MORLYNE YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>LVNV FUNDING LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No. 4:12-cv-01180AGF<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S EXHIBIT LIST-YOUNG V. LVNV FUNDING LLC

| Exhibit No. | Description | | |
|---|---|---|---|
| Plaintiff's Exhibit 1 | Orchard Bank billing statement | Statement sent to Plf with account, payment, balance, and transaction summaries dated 10/17/06 | |
| Plaintiff's Exhibit 2 | Orchard Bank billing statement | Statement sent to Plf with account, payment, balance, and transaction summaries dated 11/17/06 | |
| Plaintiff's Exhibit 3 | Orchard Bank billing statement | Periodic finance charge summary sent to Plf dated 11/17/06 | |
| Plaintiff's Exhibit 4 | Orchard Bank billing statement | Statement sent to Plf with account, payment, balance, and transaction summaries dated 12/7/06 | |
| Plaintiff's Exhibit 5 | Orchard Bank billing statement | Periodic finance charge summary sent to Plf, dated 12/7/06 | |
| Plaintiff's Exhibit 6 | Orchard Bank billing statement | Statement sent to Plf with account, payment, balance, and transaction | |

| | | | |
|---|---|---|---|
| | | summaries dated 1/17/07 | |
| Plaintiff's Exhibit 7 | Orchard Bank billing statement | Statement sent to Plf with account, payment, balance, and transaction summaries dated 2/18/07 | |
| Plaintiff's Exhibit 8 | Orchard Bank billing Statement | Statement sent to Plf with account, payment, balance, and transaction summaries dated 3/18/07 | |
| Plaintiff's Exhibit 9 | Orchard Bank billing statement | Statement sent to Plf with account, payment, balance, and transaction summaries dated 4/17/07 | |
| Plaintiff's Exhibit 10 | Orchard Bank billing Statement | Statement sent to Plf with account, payment, balance, and transaction summaries dated 5/17/07 | |
| Plaintiff's Exhibit 11 | Orchard Bank billing statement | Statement sent to Plf with account, payment, balance, and transaction summaries dated 6/17/07 | |
| Plaintiff's Exhibit 12 | Orchard Bank billing statement | Statement sent to Plf with account, payment, balance, and transaction summaries dated 7/17/07 | |
| Plaintiff's Exhibit 13 | Orchard Bank billing statement | Statement sent to Plf with account, payment, balance, and transaction summaries dated 8/17/07 | |
| Plaintiff's Exhibit 14 | Orchard Bank billing Statement | Statement sent to Plf with account, payment, balance, and transaction summaries dated 9/17/07 | |

| | | | |
|---|---|---|---|
| Plaintiff's Exhibit 15 | Plf's Credit Report | dated 12/8/09 listing HSBC/Orchard Bank's account placed for collection | |
| Plaintiff's Exhibit 16 | Plf's Credit Report | dated 12/22/09 listing the HSBC/ Orchard Bank account as being settled | |
| Plaintiff's Exhibit 17 | Plf's Credit Report | dated 1/12/10 listing that Plf has settled this debt directly with HSBC/Orchard Bank. | |
| Plaintiff's Exhibit 18 | Plf's Credit Report | dated 5/2/11 shows HSBC/Orchard Bank as a disputed debt | |
| Plaintiff's Exhibit 19 | Plf's Credit Report | dated 5/10/11 shows Plf's claim of paying HSBC/Orchard Bank before collection status | |
| Plaintiff's Exhibit 20 | Plf's Credit Report | Dated 6/20/11 shows HSBC/Orchard Bank as a duplicate account. | |
| Plaintiff's Exhibit 21 | Plf's Credit Report | Dated 8/10/11 shows Plf's dispute stating debt is inaccurate information. | |
| Plaintiff's Exhibit 22 | Plf's Credit Report | Dated 9/28/12 shows Plf's dispute stating debt is inaccurate information | |
| Plaintiff's Exhibit 23 | Resurgent Capital Services Account Event History | Event history from 7/12/02 - 7/12/12 showing all activities regarding legal and non-legal history | |

| Plaintiff's Exhibit 24 | Letter to LVNV Funding, LLC dated 11/16/2009 | Plf's Dispute letter requesting all documents on the disputed claim. | |
|---|---|---|---|
| Plaintiff's Exhibit 25 | Letter from Resurgent dated 12/11/2009 | Validation of debt verifying the debt with HSBC owned by LVNV Funding, LLC. | |
| Plaintiff's Exhibit 26 | Letter to LVNV Funding, LLC dated 5/12/2011 | Plf's dispute letter requesting additional documentation on the disputed claim. | |
| Plaintiff's Exhibit 27 | Letter to Transunion dated 11/25/2009 | Plf's dispute letter | |
| Plaintiff's Exhibit 28 | Letter to Experian, Inc. dated 12/10/2009 | Plf's dispute letter | |
| Plaintiff's Exhibit 29 | Transunion Letter 12/16/09 | Transunion's Response to Plf's Dispute letter showing updated credit report listings. | |
| Plaintiff's Exhibit 30 | Letter from Transunion dated 1/4/2010 | Response to Plf's dispute letter showing deleted and new information found during the investigation. | |
| Plaintiff's Exhibit 31 | Plf's Credit Report from December 2009. | Transunion credit report showing the account was updated and verified in December 2009 | |

| Plaintiff's Exhibit 32 | Plf's Credit Report from December 2009 | Credit report showing the account was disputed and settled. | |
|---|---|---|---|
| Plaintiff's Exhibit 33 | Plf's Credit Report from June 2013 | Experian report showing LVNV Funding's account status as closed. | |