UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
DISTRICT JUDGE AUDREY G. FLEISSIG
COURTROOM PROCEEDING 12 SOUTH
COURTROOM MINUTE SHEET CIVIL

CASE NO.  4:12CV1180AGF

STYLE:  Young v. LVNV Funding LLC

DATE:  1/9/2014

Court Reporter:  Lisa Paczkowski

Deputy Clerk:  Ryan Kilduff

Attorneys for Plaintiffs:   James Eason for Morlyne Young

Attorneys for Defendants:   Joshua Dickinson

( X )  Parties present for hearing on:

Final pretrial conference.  Court orders counsel to have some good faith discussion on settlement. Defendants Objection to Plaintiff's exhibits Doc [104] is denied.  Ruled from bench during final pretrial conference.  Parties ordered to submit purposed jury instructions.  Trial to begin on 1/13/2014 at 8:30 am.

**Witnessess:**

**1.**
**2.**
**3.**
**4.**
**5.**

Proceeding Commenced:   **1:34 PM**       Proceeding Concluded:  2:35  PM