## EXHIBIT LIST

DATE: 1/13/2014          CAUSE NUMBER: 4:12CV1180AGF

STYLE: Young v. LVNV Funding LLC

| NUMBER | ID DATE | BY (WITNESS #) | DESCRIPTION | OBJECTED TO | RECEIVED DATE |
|---|---|---|---|---|---|
| π 14 | 1/13 | Δ opening | Credit Card statement | NO | 1/13 |
| π 24 | 1/13 | π 1 | Letter written to LVNV | yes | 1/13 |
| π 25 | 1/13 | π 1 | Letter Resurgent | NO | 1/13 |
| π 26 | 1/13 | π 1 | Copy of letter sent to LVNV | yes | 1/13 |
| π 33 | 1/13 | π 1 | Credit Score.com Report | yes | NO |
| π 1 | 1/13 | π 1 | Statement Credit Card | No | 1/13 |
| π 2 | 1/13 | π 1 | Statement Credit Card | No | 1/13 |
| π 4 | 1/13 | π 1 | " Credit Card | No | 1/13 |
| π 6 | 1/13 | π 1 | Statement Credit Card | No | 1/13 |
| π 7 | 1/13 | π 1 | Statement Credit Card | No | 1/13 |
| π 8 | 1/13 | π 1 | Statement Credit Card | No | 1/13 |
| π 9 | 1/13 | π 1 | Statement Credit Card | No | 1/13 |
| π 10 | 1/13 | π 1 | " | No | 1/13 |
| π 11 | 1/13 | π 1 | Statement Credit Card | No | 1/13 |
| π 12 | 1/13 | π 1 | " | No | 1/13 |
| π 13 | 1/13 | π 1 | " | No | 1/13 |
| π 14 | 1/13 | π 1 | Statement Credit Card | No | 1/13 |
| π 31 | 1/13 | π 1 | Trans Union Credit Report | yes | 1/13 |
| π 16 | 1/13 | π 1 | Report Dispute Info | No | 1/13 |
| Δ J | 1/13 | Δ 2 | Account Event History | No | 1/13 |
| Δ T | 1/13 | Δ 2 | Credit Card statement | No | 1/13 |
| Δ U | 1/13 | Δ 2 | " | No | 1/13 |
| Δ V | 1/13 | Δ 2 | " | No | 1/13 |
| Δ W | 1/13 | Δ 2 | " | No | 1/13 |
| Δ A | 1/13 | Δ 2 | " | No | 1/13 |
| Δ B | 1/13 | Δ 2 | " | No | 1/13 |
| Δ C | 1/13 | Δ 2 | " | No | 1/13 |
| Δ D | 1/13 | Δ 2 | " | No | 1/13 |
| Δ E | 1/13 | Δ 2 | Credit Card Statement | No | 1/13 |

## EXHIBIT LIST

DATE: 1/13/2014        CAUSE NUMBER: 4:12CV1180 AGF
STYLE: Young v. LVNV Funding LLC

| NUMBER | ID DATE | BY (WITNESS #) | DESCRIPTION | OBJECTED TO | RECEIVED DATE |
|---|---|---|---|---|---|
| Δ F | 1/3 | Δ2 | Credit Card Statement | No | 1/13 |
| Δ G | 1/3 | Δ2 | " | No | 1/13 |
| Δ H | 1/3 | Δ2 | " | No | 1/13 |
| Δ I | 1/3 | Δ2 | Credit Card Statement | No | 1/13 |
| Δ K | 1/3 | Δ2 | Email | Yes | 1/13 |
| π 16 | 1/3 | Δ2 | ACDV | No | 1/13 |
| π 31 | 1/3 | Δ2 | Credit Report | No | 1/13 |
| Δ X | 1/3 | Δ2 | List of Companies | No | 1/13 |
| Δ Z | 1/3 | Δ2 | Letter from Resurgent | No | 1/13 |