UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

Case No. **4:12CV1180 AGF**

☒ JURY Trial   ☐ NON JURY Trial   Day # **2**   Date **1/14/14**
Presiding Judicial Official Honorable **Audrey Fleissig**
Court Reporter **Patti Dunn Wecke**   Deputy Clerk **Kpr Kilday**
Case Style **Young** vs. **LVNV Funding LLC**
Attorney(s) for Plaintiff(s) **Morlyne Young**
Attorney(s) for Defendant(s) **LVNV Funding LLC**

☐ Jury empaneled and sworn   ☐ Opening Statement(s) of ☐ Plaintiff ☐ Defendant made.
☐ Plaintiff evidence ☐commenced ☐resumed ☐ and ☐but not   ☐concluded.
☐ Defendant evidence ☐commenced ☐resumed ☐and ☐but not ☐concluded.
☐ Plaintiff evidence in rebuttal ☐commenced ☐resumed ☐and ☐but not ☐concluded.
☐ Defendant evidence in surrebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

Motions made during trial and the ruling: _____

☒ Closing Arguments of counsel made.
☒ Jury charged and retires to consider its verdict(s). (*Note:* Enter jury deliberation time below)
☐ Case taken under advisement.

☐ Jury having been given a special verdict in the form of written interrogatories for finding of fact, together with forms from general verdict ☐ retires to consider its verdict(s).

☒ Verdict returned (See verdict form.)   Jury polled on motion of the **Plaintiff**

☐ Jury unable to agree upon its verdict(s) by _____am/pm is excused to resume deliberations on _____ at _____am/pm
☐ Judgment is entered accordingly this date.
☐ Depositions ☒Exhibits receipt signed and filed / ☐ Court to retain  ☐ Depositions ☐ Exhibits

☐ Proceedings to resume on _____ at _____

Other: _____

Jury Deliberations Commenced **9:59** -   Concluded **10:50** -

Proceedings: Commenced **8:29**   Concluded **9:59**
Commenced **10:51** -   Concluded **10:53**