# United States District Court
EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

MORLYNE YOUNG,

      Plaintiff,

      v.            CASE NUMBER:    4:12CV1180AGF

LVNV FUNDING LLC,

      Defendant.

:   **Jury Verdict.** The claim of Plaintiff Morlyne Young for willful noncompliance with the Fair Credit Reporting Act against Defendant LVNV Funding LLC came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict in Defendant's favor.

9   **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

9   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS HEREBY ORDERED AND ADJUDGED** that all claims against Defendant have been resolved in Defendant's favor.

                                                     James G. Woodward
                                                     CLERK

January 14, 2014
DATE

                                    By:    /s/ Ryan A. Kilduff
                                                     Ryan A. Kilduff
                                                     DEPUTY CLERK